IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO. 5:14-CR-54-MTT |
| | : | VIOLATIONS:  18 U.S.C. 371, i/c/w |
| WILLIAM SCRUGGS and | : | 18 U.S.C. 510(b) |
| PAUL RICHARDSON, | : | 18 U.S.C. 641 |
| DEFENDANTS | : | 18 U.S.C. 510(b) |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
CONSPIRACY
18 U.S.C. 371

During the period beginning on or about July 23, 2012, and continuing through on or about January 17, 2013, the Defendants, **William Scruggs, Paul Richardson**, and others both known and unknown to the Grand Jury, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together with each other to commit offenses against the United States, as follows:

    a. Delivery of Forged Treasury Checks, in violation of 18 U.S.C. 510(b);

    b. Theft of Public Money, in violation of 18 U.S.C. 641:

    c. To defraud the United States;

**The Objects of the Conspiracy**

It was a part and an object of the conspiracy that Defendants William Scruggs, Paul Richardson and others, known and unknown, would and did obtain fraudulently issued U.S. Treasury checks in the names of actual individuals. It was a part of the conspiracy that forged U.S. Treasury checks would be obtained and deposited into a bank account controlled by

Defendant William Scruggs, and that funds would thereafter be withdrawn from the account and shared by the conspirators.

**Manner and Means of the Conspiracy**

During the period beginning on or about July 23, 2012, and continuing through on or about January 17, 2013, Defendant Paul Richardson did obtain U.S. Treasury checks bearing falsely made and forged endorsements, and did provide the forged Treasury checks to Defendant William Scruggs.

Defendant William Scruggs maintained a business account at SunTrust Bank in the name of Diamond Auto Painting of Macon, Inc.

Defendant William Scruggs would and did deposit the forged U.S. Treasury checks into the account at SunTrust Bank. After depositing the forged checks into the SunTrust Account, William Scruggs would then withdraw funds from the SunTrust Bank account and then pay a portion of those funds to Defendant Paul Richardson. Defendant William Scruggs would retain a percentage share of the funds.

**Overt Acts of the Conspiracy**

1. On or about July 23, 2012, in the Macon Division of the Middle District of Georgia, the Defendant, William Scruggs, with intent to defraud, did deposit a Treasury check of the United States into the Diamond Auto Painting account at SunTrust Bank, in the amount of $1,488.00, knowing that said check did bear a falsely made and forged endorsement, the said check being Number 3158 37096524 and dated July 13, 2012, payable to A.M., whose true identity is known to the Grand Jury.

2. During the period beginning on or about July 23, 2012, and continuing through on or about January 17, 2013, Defendant William Scruggs made a series of cash

withdrawals from the SunTrust account and also purchased official bank checks payable to Defendant Paul Richardson.

3. Defendant Paul Richardson received the following official bank checks in the following amounts from William Scruggs:

   a. On or about December 5, 2012, Paul Richardson received a SunTrust official check in the amount of $5646.00.

   b. On or about December 18, 2012, Paul Richardson received a SunTrust official check in the amount of $2419.00.

   c. On or about December 28, 2012, Paul Richardson received a SunTrust official check in the amount of $2450.00.

   d. On or about January 7, 2013, Paul Richardson received a SunTrust official check in the amount of $2384.00.

   e. On or about January 17, 2013, Paul Richardson received a SunTrust official check in the amount of $2101.00.

All in violation of Title 18, United States Code, Section 371, in connection with Title 18, United States Code Sections 510(b) and 641.

## COUNT TWO
### DELIVERY OF A FORGED TREASURY CHECK
### 18 U.S.C. 510(b)

On or about July 23, 2012, in the Macon Division of the Middle District of Georgia, the Defendant, William Scruggs, with intent to defraud, did exchange and deliver a Treasury check of the United States, with a face value of $1488.00, knowing that said check did bear a falsely made and forged endorsement, the said check being Number 3158 37096524 and dated July 13,

2012, payable to A.M., whose true identity is known to the Grand Jury, in violation of Title 18, United States Code, Section 510(b).

## COUNTS THREE THROUGH SEVEN
## DELIVERING A FORGED TREASURY CHECK
## 18 U.S.C. 510(b)

On or about the dates listed below, within the Middle District of Georgia, Defendant William Scruggs, with intent to defraud, did exchange and deliver Treasury checks of the United States, which are enumerated below, knowing that said checks did bear falsely made and forged endorsements, in the amounts listed below,

| Count | Date | Date of Check | Amount of Check | Check # | Payee |
| --- | --- | --- | --- | --- | --- |
| Three | 7/25/2012 | 7/13/2012 | $1209.00 | 3158 37096530 | D.C. |
| Four | 8/3/2012 | 7/27/2012 | $1488.00 | 3158 37638349 | Q.B. |
| Five | 9/20/2012 | 9/14/2012 | $971.00 | 3158 39249076 | J.R.M. |
| Six | 11/8/2012 | 10/26/2012 | $4045.00 | 3158 40679474 | L.S. |
| Seven | 11/21/2012 | 11/2/2012 | $395.20 | 3158 41017323 | W.J.J. |

All in violation of Title 18, United States Code, Section 510(b).

A TRUE BILL.

_s/Foreperson of the Grand Jury_
FOREPERSON OF THE GRAND JURY

Presented by:
MICHAEL J. MOORE
UNITED STATES ATTORNEY

GRAHAM A. THORPE
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 13th day of August, AD 2014.

Deputy Clerk